DAVID ERIC BROWNE
#1948899
Wayne Scott Unit
6999 Retrieve Rd.
Angleton Texas 77515-6618

TWELFTH COURT OF APPEALS
    Cathy S. Lusk, CLERK
1517 WEST FRONT STREET
    SUITE 354
Tyler, TEXAS 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 26 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE!   CASE NUMBER:   12-15-00199-CV
      TRIAL COURT CASE NUMBER:   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

STYLE! DAVID ERIC BROWNE
          V,
       R. GOING, Et Al

Madam,
        I DAVID ERIC BROWNE TDCJ-ID #1948899 Respectfully
Request that My Appeal in the ABOVE & STYLE CAUSE TORT claim
Be Reckognized pursuant to 28 USC 1331 & 1343.
        I give Notice of the enclosed Copy of Motion for out of Time Appeal
under the Jurisdiction of Anderson County, Palestine TEXAS. The
Request of such Notice and filing for going motion with Certificate
of Certification and Affidavit of filing in Exhausting Remedy
All to be TRUE to the best of my knowledge Pursuant to
28 USC 1746. Also 28 USC 2250
                    CERTIFICATION
        I, DAVID ERIC BROWNE TDCJ-ID #1948899 Certify that a true
and Correct Copy of All motions Requested and Exhausting Remedy
filed in Notice of Motion Pursuant to 28 USC 1915 of Court filing.

        So South;
                              PRO, SE
                              DAVID ERIC BROWNE

                                              Respectfully Submitted

## Conclusion

Madam,

Please find Enclosed the Notice of Appeal filed for Record and Cover letter. Also one copy of Motion for Out of Time Appeal Dated August 10th 2015 Mailed from the wayne scott Unit mail Room Also Enclosed Exhusted Remedy STEP 1 and STEP 2 Grievances. Also Enclosed My Corresspondence with District Clerk of Anderson County Note Dated letter May 26, 2015 Claiming No Record of Tort Claim, I have copies of letters I wrote to, The Court Several in fact Requesting disposition and wanting To have notice of any hearing in my claim and Recieved The May 26th letter. Then later Months later Recieved a letter of Dismissal. Please take these pieces as Evidence of my claim and another copy of the Original Tort Claim filed. Please Accept stamped envelope and Return Copy of all I'm sending Back to me please, So I have record Also Note Request that was sent out, Here showing further proof, Of the Original and the 15 pieces of documented Evidence, I Do have further Documents in support of my claim of corresspondence letters copies I wrote to The Regional Judge John Ovard, County Judge Robert Johnston Senator John Whitmire's office That I can mail in as evidence too, upon Request if needed. Please accept this as Amended Evidence and information as stated in your letter to me Aug. 10th 2015 In which I recieved 8-12-15. Any thing Else I need to Do please don't hesitate to notify me and Any other steps I need to take.

Respectfully Submitted

Petitioner Pro-se
David Browne #1948899

<u>Unsworn Declaration</u>

   My name is DAVID ERIC BROWNE, My DATE of Birth is July 19, 1970 and my address is 6999 Retrieve Rd Angleton, TX 77515 I Am an Inmate my number is 1948899 at the Wayne Scott Unit in Angleton Tx, Brazoria County. I Do Declare under penalty of perjury That the foregoing information and Evidence is all TRUE and Correct, EXECUTED under 28 USC 1746
                     On the _____ day of _____
_____ ,

                     _____
                                          Declarant



TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL



REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Property Officer

*(Name and title of official)*

DATE: 5-18-14

ADDRESS: Beto I B-1

**SUBJECT:** *State briefly the problem on which you desire assistance.*

The handbook on intake items as far as religious medallion says that I can have my cross. I'm christian and that's my religious medallion. I would like to know why I can't have it... Thank you!

Name: David Browne  No: 1948899  Unit: BETO I (Detox)

Living Quarters: ~~Beto Detox Beto~~  Work Assignment: NA

**DISPOSITION:** (Inmate will not write in this space) If they took it at intake it did not meet TDCJ policy. You can check with the chaplains office to see about getting another one.

CW e

☆I-60 (Rev. 11-90)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
### _____ DIVISION

DAVID BROWNE
Plaintiff's name and ID Number

Wayne Scott unit
Place of Confinement

V.

RiGong, Et Al

Defendant's name and address

TRiAl Court CASE # 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

CASE NO. 12-15-00199-CV
(Clerk will assign the number)

### APPLICATION TO PROCEED
### IN FORMA PAUPERIS

I, DAvid Browne #1947899, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?    Yes ☐    No ☑
   b. Rent payments, interest or dividends?    Yes ☐    No ☑
   c. Pensions, annuities or life insurance payments?    Yes ☐    No ☑
   d. Gifts or inheritances?    Yes ☐    No ☑
   e. Family or friends?    Yes ☑    No ☐
   f. Any other sources?    Yes ☐    No ☑

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   FAmily + Friends sporadic deposits I never really Know

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes ☐    No ☑

   If you answered **YES** to any of the questions above, state the total value of the items owned.

   N/A

1

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☑

If you answered **YES**, describe the property and state its approximate value.

N/A

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___18th___ day of ___August___, 20 _15_.

_____     1948899
Signature of Plaintiff                  ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

On FEB, 17th 2015 I sent a Legal Tort claim and 15 pages of documents as Exhibits out Indigent mail I gave this to MRS WOODARD she said she sent it to the mail room to be mailed I recieved a letter from a District Clerk Janice Staples saying she NEVER recieved it I Believe we now have a situation one that includes violations of a constitutional nature and STATE law the obstructing of legal mail Title 18 USC 1701, 1702 I Don't know what you've done with it but it needs to be found PLEASE. THANK you! PLEASE Check your records for that week 17th 20th of FEB 2015

Name: DAViD Browne    No: 1948899    Unit: wayne Scot

Living Quarters: C1-8B    Work Assignment: med sq 6-1400

**DISPOSITION:** (Inmate will not write in this space)    mailed. 2/19/15

D. McDougald
M/R Supv
6/5/15

I-60 (Rev. 11-90)

Cause number 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

## IN THE District Court FOR
## ANDERSON County

DAVID ERIC BROWNE
     Plaintiff
  VS.

R. GOINGS
CO. WARRINGTON
M. THORN
CO. PARKER

§
§
§
§
§
§
§
§
§

Civil Action No. _____
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

## VENUE

Venue for this court is invoked pursuant to Texas Civil Practice and remedies code 15.093 "A tort suit for damages may be brought in the County and precinct in which the injury was inflicted. This is suit for personal property, theft, lost, or destroyed while being put through the intake process at Gurney Unit a Texas Department of Criminal Justice facility. TEXAS CODES Annotated 134.002 (2) "Theft means unlawfully appropriating property or Unlawfully obtaining Services as described by Section 31.03, 31.04, 31.05, 31.07, 31.11, 31.12, 31.13 or 31.14 PENAL CODE.

## Jurisdiction

Pursuant to Civil Practice and remedies CODE 134.003 Liability (a) A person who commits theft is liable for the damages resulting from the theft.

Texas CODES Annotated Subchapter B Tort Liability of Governmental units 101.021 Governmental liability, A governmental unit in the state is liable for:

(1) property DAMAGE, personal injury and death proximately caused by the wrongful act or omission or the negligence of an employee acting with in his scope of employment if:

(A) the property damage, personal injury or death arises from the operation or use of a motor Vehicle or motor driven equipment; and

(B) The employee would be personally liable to the claimant according to TEXAS LAW and;

(2) personal injury and death so caused by a condition or use of tangible personal or real property if the governmental Unit would, were it a private person, be liable to the claimant According to TEXAS LAW.

ALSO! TEXAS CODES Annotated "Government 4B" 501.007 Inmate Claims for lost or DAMAGED Property

The department may pay from the miscellaneous funds appropriated to the division claims made by inmates housed in facilities operated by the department for property lost or damaged by the division. The department shall maintain a record of all transactions made under this Section. The record must show the amount of each claim paid, the identity of each claimant, and the purpose for which each claim was made. The department may not pay under this section more than $500 on a claim.

## Address of Parties involved

Plaintiff, DAVID ERIC BROWNE #1948899 Wayne Scott Unit 6999 Retrieve Rd. Angleton, TEXAS 77515-6618

DEfendant: Correctional Officer WArrington official capacity; Intake staff officer / Confiscating officer

DEfendant: M. Thorn, Correctional officer over property

DEfendant: Correctional officer Parker, Official capacity unknown, was used as witness on 9-17-14 Exhibit C, pink offender Intake Inventory sheet

DEfendant: R. Goings; official Capacity, Warden of the Gurney unit.

All Defendants Address will be as such "JOE F. Gurney Unit" 1385 FM 3328 Tennessee Colony, TEXAS 75861

## Previous filings

Plaintiff DAVID ERIC Browne has had no previous filings

# STATEMENT of FACTS

On September 17th, 2014 WEDNESDAY morning at 11:40 a.m. Plaintiff here in named, DAVID ERIC BROWNE an inmate in TEXAS DEPARTMENT of Criminal Justice, under the number 1948899 Did in fact enter said DEPT. On the above DATE and Time and the name of the Unit was in fact The JOE F. Gurney Unit, (physical address under Law Library record being 1385 FM 3328 Tennessee Colony, TEXAS 75861) DAVID ERIC BROWNE no: 1948899 here in after called "PLAINTIFF" an acting pro se Did turn over his personal property being 2 pieces, One, a gold Cross approx. 1¼ inches in height and ¾ inches in width. Two, one gold roped necklace approx. 24 inches in length. The 2 pieces were in fact a family heirloom given to plaintiff by father-in-law before his passing away in 2009. These pieces of property were confiscated On the above DATE and Time in the intake part of the JOE F. Gurney Unit, By a C.O. (correctional officer) Warrington (Note: Exhibit B, for verification) This being the actual officer that confiscated said property, C.O. Warrington acting in her professional official capacity as intake officer and under a Correctional officer M. Thorn named as property officer on Exhibit's B. Co Warrington did infact take the 2 pieces of property from Plaintiff, despite the Document (Exhibit A) under Religious Items informing Plaintiff he was allowed one religious medallion coming in from County Jail Co Warrington seized said property with no just cause. Also Documented Exhibit C bottom left named Cross with chain this showing 2 pieces of property claimed above again, One gold cross approx. 1¼ inches in height and ¾ inches in width Also one gold roped necklace approx. 24 inches in length. Also bottom of Exhibit C witness to disposition a C.O. PARKER (also named as Defendant) Plaintiff at no time had words with any officer other than C.O. Warrington, Plaintiff names them because Defendant C.O. Warrington used them as witness on documents given to Plaintiff, Plaintiff respectfully only naming all parties on Exhibits for the honorable court.

# STATEMENT of Facts continued

Plaintiff was informed by Co. Warrington that he had 60 days in which to mail property home at a cost to him of 5 stamps. (see top of Exhibit B)

Also on September 17th 2014 WEDNESDAY exact time not known but exact day of entry to JOE F. Gurney, Plaintiff was transferred to the Beto 1 facility for Medical Detox purpose (SEE EXHIBIT D) Another property form showing Plaintiff's movement for the Court. If the Court would review the inventory sheet called Exhibit D you will SEE Plaintiff's property was not shipped with him, making it an impossibility to mail property home when the unit does not have access to property in question. On September 19, 2014 Plaintiff sent I 60 Request asking about personal property Again named "One gold cross 1¼ inches in height and 3/4 inches in width and One gold ROPED neck lace approx. 24 inches in length and Plaintiff never at anytime recieved an answer from property room, Plaintiff's first attempt to mail the personal property home. On September 22,2014 Plaintiff was moved from the Detox at Beto to O-Block in Transit at Beto, On the morning of September 23rd 2014 Plaintiff was again moved, chained off another facility and moved to Diagnostic "The Byrd Unit" Note Exhibit E showing Plaintiff's movement yet again, Also note on inventory, no list of property in question (cross w/ chain) was sent with Plaintiffs. Make it a much more impossible task to mail home said property 6 hours from where it was suppossively stored. Shortly after arrival at the Diagnostic Unit "Byrd" Plaintiff placed yet another I 60 request form into property, Asking to mail home of the cross and chains where - Abouts. Again No Answer, Plaintiff on Oct. 9, 2014 then files what is know as a STEP I grievance (see Exhibit F) Plaintiff, pleads yet Again for the family heirloom to be found And he be given the chance to mail home nothing else. On Nov. 13, 2014 Plaintiff recieves response back from STEP I grievance Telling him he has until Nov. 18, 2014 To mail home the property. The Plaintiff is in Prison, 6 hours from the property in question, This

STATEMENT of FACTS PAGE II

Is an impossibility to acheive. On Nov. 14, 2014 Plaintiff then files a Step II Grievance (Note Exhibit G) Again pleading with Departmental figures to allow Plaintiff the opportunity to mail home. Again Plaintiff was not allowed the right to mail property home, knowing that the property would have to be on the unit to be able to put stamps on it to mail home. It is with in Plaintiff's best attempts at resolving this issue you can clearly see the obstacle. At no time was the personal property with in Plaintiff's ability to mail home. An Extension of time by Department for Grievance was filed by Department (Exhibit H) Plaintiff did infact ask Departmental heads what he needed to do to mail home the property. No explanation as to how he was to mail home property that was 6 hours from his ability to do so was ever given. Plaintiff wrote other letters to other officials in hopes his pleading would fall on Someone who would see the dilema (Exhibit I Ombudsman) (Exhibit J Policy office) (Exhibit K offender Grievance) Also wrote Investigator's in Huntsville; letter not given as exhibit no copy was made. Plaintiff had no access to Carbon paper when written. With all these Heart felt attempts at a resolution that did not involve the Claim now before the court then Plaintiff was completely ignored in attempts to mail home property and no adequit response was given or direction on how to mail home property not on the unit Plaintiff expected to just give random propery officer 5 stamps and assume they would be used accordingly, with no actual verification that property was ever mailed to his home. Plaintiff! DAVID Eric Browne #1948899 was absolutly at NO time given the fair and justifiable right to mail family heirloom Cross and necklace home.

## PRAYER AND RELIEF

Petitioner DAVID ERIC BROWNE TDCJ-ID # 1948899, named as Plaintiff in this Claim respectfully PRAYS that this Court Grant this TORT Claim in favor of Plaintiff

And Order the TEXAS Department of Criminal Justice Defendants to Pay in full all Court Cost and FEES Due honorable Court. As well Plaintiff respectfully prays this Honorable Court will grant in favor of Plaintiff and Order that the Defendants Pay in full amount allotted by law in TEXAS Codes Annotated "Goverment 473" 501.007 Inmate Claims for lost or Damaged Property;

So MOVED and PRAYED, And respectfully submitted,

Executed this Day February 17th, 2015

Plaintiff in pro-se

DAVID ERIC BROWNE
TDCJ-ID# 1948899
Wayne Scott Unit
6999 Retrieve Rd
Angleton, Tx. 77515

## Certificate of Service

I DAVID ERIC BROWNE, TDCJ-ID # 1948899
Do Here by certify THAT A TRUE AND correct COPY of
THE INCLUDED TORT Claim HAS BEEN Forwarded BY
FIRST CLASS MAIL, POSTAGE PREPAID ON THIS 17th
DAY of February , 2015 AND ADDRESSED as Follows:

District CLERK
JANICE Staples
Court HOUSE 500
N. Church St. Rm 18
Palestine, Tx. 75801

District Attorney
3- Douglas E. Lowe
Court House 500
N. Church St. Rm 38
Palestine, Tx 75801-2916

DAVID ERIC BROWNE IN PRO SE
TDCJ-ID# 1948899
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Tx. 77515-6618

## UNSWORN DECLARATION

My name is David Eric Browne. My date of birth is July 19, 1970 and my address is 6999 Retrieve Rd. Angleton, Texas 77515. I am an inmate #1947899 at the Wayne Scott Unit in Angleton, Brazoria Texas 77515. I declare under penalty of perjury that the foregoing is true and correct. Executed

On the ___17th___ day of ___February___, ___2015___.

"Declarant"



**Anderson County**

PALESTINE, TEXAS 75801

JANICE G. STAPLES
District Clerk
Telephone: (903) 723-7412

500 North Church Street, Room 18
Palestine, Texas 75801

May 26, 2015

David Eric Browne #1948899
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas 77515-6618

Re: Tort Claim

Dear Mr. Browne:

In reply to your letter dated May 17, 2015, I have searched our records and find no record of the case referenced in your letter.

Thank you.

Sincerely,

*Janice G. Staples*

Janice G. Staples, District Clerk



**Anderson County**

JANICE STAPLES
District Clerk
Telephone: (903) 723-7412

500 N. CHURCH ST RM 18
Palestine, Texas 75801

PALESTINE, TEXAS 75801

June 30, 2015

DAVID BROWNE #1948899
WAYNE SCOTT UNIT
6999 RETRIEVE ROAD
ANGLETON, TX 77515

RE: CAUSE NO. 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    DAVID BROWNE#1948899
                                                    VS.
                            R. GOINGS, CO. WARREINGTON, M.
                            THORN, C.O. PARKER

Dear MR. BROWNE,

Enclosed for your file is a copy of the ORDER OF DISMISSAL in the cause number referenced above

Cordially,

ANDERSON COUNTY DISTRICT CLERK
        JANICE STAPLES

By: _____
        Deputy


Enclosures

CAUSE NO. 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

| | | |
|---|---|---|
| DAVID BROWNE #1948899 | § | IN THE DISTRICT COURT |
| VS | § | 369TH JUDICIAL DISTRICT |
| R. GOINGS, ET AL | § | ANDERSON COUNTY, TEXAS |

## ORDER OF DISMISSAL

On February 25, 2015, Plaintiff filed Original Petition. It is obvious to the Court that this civil action is not brought under the Family Code and is a cause of action governed by Chapter 14 of the Texas Civil Practices and Remedies Code. The Court finds that the claim to be frivolous or malicious.

The Court finds the claims frivolous under Chapter 14.003(a)(b). The Court also finds the Plaintiff failed to file an affidavit or unsworn declaration of inability to pay costs. Plaintiff's request is denied.

It is hereby, ORDERED, ADJUDGED AND DECREED that the action of Plaintiff against Defendant be dismissed without prejudice.

It is further ORDERED that the inmate pay an amount equal to the lesser of:

1)      20 percent of the preceding six month deposits to the inmate's trust account; or

2)      the total amount of court fees and costs charged to the inmate in this cause.

In each month following the month in which payment is made above, the inmate shall pay an amount equal to the lesser of:

1)      10 percent of that month's deposits to the trust account; or

2)      the total amount of court fees and costs that remain unpaid as charged to the inmate in this cause.

Such monthly payments shall continue until the total amount of court fees and costs are paid or until the inmate is released from confinement.

The District Clerk shall forward a current cost bill, a copy of the Plaintiff's original complaint, and a copy of this order to the Texas Department of Criminal Justice, Litigation Support Program. The Texas Department of Criminal Justice shall withdraw money from the trust account of the inmate in accordance with this order and shall hold the money in a separate account. The Texas Department of Criminal Justice shall forward the money to the District Clerk of Anderson County on the earlier of the following dates:

1)      the date the total amount to be forwarded equals the total amount of court fees and costs $ 274.00 that remain unpaid; or

2)      the date the inmate is released.

SIGNED AND ENTERED on this the 17 day of March , 2015

_____
Presiding Judge



# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY:**

Rec'd @ KV     NOV 13 2014

Grievance #: 2015032833

Date Received: OCT 27 2014

Date Due: 12/6/14

Grievance Code: 512

Investigator ID #: IZ1161

Extension Date: _____

Date Retd to Offender: _____

Offender Name: DAVID ERIC BROWNE    TDCJ # 1948889

Unit: Byrd     Housing Assignment: A4-22

Unit where incident occurred: Gurney intake

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? I sent an I60 to property at Gurney from Beto Detok When? approx. between the 16th + 20th of Sept.

What was their response? None, Then Again after I was housed at Byrd OCT 27 2014

What action was taken? None, No Answer back from either OCT 27 2014

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

On 9-17-14 I arrived at the Gurney Unit as my property was being searched by a officer Warrington she informed me that I would not be able to keep my religious medallion. This cross was my father-in-laws and he was since passed away this cross has very sentimental value and I told her this as well I requested to mail home. The same day 9-17-14 I was transported to Beto where I put in my I-60 to property officer at Gurney From my pink confiscation slip it says officer Thorn I again asked to mail home if I couldn't have it and again mentioned its sentimental value. After approx. 5 to 6 days no response I was again moved to Byrd unit A2-21 and I again put in a I-60 To check on this sentimental cross + chain and requested to mail home + the procedure I needed to do to make that happen??? Again No response. Now sir this isn't a joke to me or my family, your investigation in this matter is greatly appreciated and please let me know something soon I haven't even told my wife yet about this but feel I better now as its dissappearece is quite obvious! Please let me know something soon and when I may send it home I have the stamps to mail it have had them for awhile now And if you'll at least let me know that this family relic is safe, That would take a burden of stress and heart ache off me at least and I can tell my family its on the way home to them, your speedy response is prayed for... Thank you Kindly God Bless OCT 27 2014

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F



Action Requested to resolve your Complaint. find my father-in-laws cross & chain return it to me and allow me to send it home, this cross is sentimental in value  OCT 27 2014

Offender Signature: _____  Date: 10-9-14

Grievance Response:

According to AD-03.72 Section E "Offenders shall coordinate the purchase and receipt of approved religious items with their unit Chaplain in accordance with AD-7.30 Procedures for Religious Programming." The medallion in question is in storage at the Gurney Unit. Offender has until 11/18/14 to provide five (5) stamps in order to mail it home as requested on Prop-03. No other action is warranted.

Action Requested to resolve your Complaint.

Offender Signature: _____  Date: _____

Grievance Response:
Signature Authority: _____     Warden Reginald Goings     Date: _____  OCT 3 1 2014

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: |
| Grievance #: | Date: |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F

JUN 2 6 2015
**COPY**



## Texas Department of Criminal Justice

# STEP 2
### OFFENDER GRIEVANCE FORM

Offender Name: DAVID BROWNE  TDCJ# 1948859

Unit: Scott Unit  Housing Assignment: A3-14T

Unit where incident occurred: Gurney Intake

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2015032833 |
| UGI Recd Date: | NOV 17 2014 |
| HQ Recd Date: | NOV 18 2014 |
| Date Due: | 12/22 |
| Grievance Code: | 513 |
| Investigator ID#: | 2044 |
| Extension Date: | 1-2015 |

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific). I am dissatisfied with the response at Step 1 because... Rec Step 1 on 11-13-14 Step 2. 11-14-14

My dissatisfaction is Because I do not have the cross on this unit to mail it home the cross needs to be on this unit how am I to mail it home in the time allotted I don't have that capability when this grievance was possed prossessed I assume they thought I was still on the unit I have moved 3 times since then This cross is of a very sensitive nature and I need it back to me I home please ship this cross to me as I will mail it home My cross & necklace does me no good sitting at Gurney unit 6 hours away this grievance can not be properly closed until my cross is with in or on my unit to mail home Surely you realize this!! At this point I have 4 days in which to mail this home Please extend that time frame due to the situation And send my cross through the proper 4 shipping rules in the ADA So that I can mail it home to my family Thank you.

I-128 Front (Revised 11-2010)  **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**  (OVER)

Appendix G



# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY:**

Recd @ RV    NOV 1 3 2014

Grievance #: 2015032833

Date Received: OCT 27 2014

Date Due: 12/6/14

Grievance Code: 512

Investigator ID #: IZ161

Extension Date: _____

Date Retd to Offender: _____

Offender Name: DAVID ERIC BROWNE    TDCJ # 1948889

Unit: Byrd    Housing Assignment: A4-22

Unit where incident occurred: Gurney intake

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? I sent an I60 to property at Gurney from Beto Detok    When? approx between the 16th + 20th of Sept. OCT 27 2014

What was their response? None, Then Again after I was housed at Byrd OCT 27 2014

What action was taken? NONE, No Answer back from either OCT 27 2014

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 9-17-14 I arrived at the Gurney Unit as my property was being searched by a officer Warrington she informed me that I would not be able to keep my religious medallion. This cross was my father-in-laws and he has since passed away this cross has very sentimental value and I told her this as well I requested to mail home. The same day 9-17-14 I was transported to Beto where I put in my I-60 to property officer at Gurney from my pink confiscation slip it says officer Thorn I again asked to mail home if I couldn't have it and again mentioned its sentimental value. After approx 5 to 6 days no response I was again moved to Byrd Unit A2-21 and I again put in a I-60 to check on this sentimental cross + chain and requested to mail home + the procedure I needed to do to make that happen??? Again No response. Now sir this isn't a joke to me or my family, your investigation in this matter is greatly appreciated and please let me know something soon I haven't even told my wife yet about this but feel I better now as its dissaperence is quite obvious! Please let me know something soon and when I may send it home I have the stamps to mail it home had them for awhile now And if you'll at least let me know that this family relic is safe, That would take a burden of stress and heart ache off me at least and I can tell my family its on the way home to them, your speedy response is prayed for ... Thank you kindly GOD Bless OCT 27 2014

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

7-21-15

DAVID ERIC BROWNE #1548855
Wayne Scott Unit
6999 Retrieve Rd
Angleton Texas 77515

District Clerk
JANICE STAPLES
County Judge
Honorable Robert D. Johnston
Court house Annex
703 N. MALLARD St. Ste 101
Palestine TX 75801

500 N. Church St. Rm 18
Palestine Texas 75801

FILED FOR RECORD
At_____o'clock____

JUL 3 1 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

COVER Letter

RE: CAUSE No. 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 / Notice of Appeal + Informa Paupis

Honorable County Judge Robert D. Johnston;

Sir please find enclosed my notice of Appeal in the above cause number and my Informa paupis and 6 month statement to my Inability to pay cost. Sir please accept this and possibly forward it to the appropriate parties As I have had serious problems with the mishandling of my Tort claim and I am not certain as how I go about this I simply want to go about it the right way and I did recently write to your office on the 14th of July explaining my situation, If I have to Appeal to a higher court please let me know? Please allow me notice + conformation of my claim Janice Staples should have all original + the evidence I submitted All of those papers can be checked by the court with TDC, I do not have that ability, they won't access it for me. I beg the court "IN THE INTREST of JUSTICE" Please Re-submit my Tort claim and Evidence and accept my Informa paupis inability to pay, And please Re-emberse my money on my account, I don't get very much Sir, I need that for hygiene. thank you and God Bless you sincerly.

DAVID BROWNE # 1548855

CAUSE NO. 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

FILED FOR RECORD

At_____o'clock____

JUL 3 1 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____Dep.

DAVID BROWNE
#1948899

V.

R. Goings, Et Al

IN THE DISTRICT COURT
369TH JUDICIAL District
Anderson County, TEXAS

## Notice of Appeal

TO THE Honorable Judge of SAID COURT:

COMES now DAVID ERIC BROWNE #1948899, the plaintiff in the above entitled and numbered cause, Respectfully request Re-hearing or Appeal in the cause above, On the grounds as follows:

### I.

District Clerk's mishandling of TORT Claim

### II.

Fraudulent Dismissal grounds, Petitioner did infact file tort claim under proper Inmate litigation Civil practice + Remedies CODE Chapter 14, And not Family code as alleged in Dismissal

### III.

Plaintiff has a civil entitlement to be heard by magistrate or jury trial hearing, and was never given notice of this entitlement And Thus violates 14th Amendment equal protection of the law.

Where by Respectfully submitted, And request processing and summons to all parties in Appeal for pro se Action.

Respectfully submitted, AND DATE

7-16-15

DAVID BROWNE #1948899
Wayne Scott unit
6999 Retriever Rd
Angleton Tx 77515-6618

## CERTIFICATE OF SERVICE

I hereby certify that on 7-16 2015 a true and correct copy of Notice of Appeal was mailed to the District Clerk Janice Staples 500 N. Church St. Rm 18 Palestine Tx 75801 by U.S. First class mail.

_____
Appellant pro se

I David Eric Browne, TDCJ # 1948759, being presently incarcerated in the wayne Scott Unit of the Texas Department of Criminal Justice - Institutional Division in Brazoria County Texas verify and declare under penalty of perjury that the fore going statements are true and correct, Executed this day July 16, 2015.

_____
1948759          TDCJ # _____

<u>UNSWORN DECLARATION</u>

I DAVID ERIC BROWNE, TDCJ-ID # 1948899 being presently incarcerated in the Wayne Scott Unit 6999 Retrieve Rd Angleton Texas 77515 TEXAS Department of Criminal Justice, Brazoria County Texas Declare under penalty of perjury that I am the Applicant in the above and foregoing Petition I have read said Petition and the factual allegations of the same are true and correct. Executed on this the _____ day of _____ 2015.

_____ # 1948899
Respondent Pro Se
DAVID ERIC BROWNE # 1948799
Wayne Scott Unit
6999 Retrieve Rd
Angleton Texas
77515

DAVID BROWNE
#1948899

VS

R. Goings, ET AL

IN THE District Court
369th Judicial District
Anderson County, TEXAS

## Motion for Out of Time Appeal

COMES Now DAVID ERIC BROWNE, TDCJ-ID #1948899, Plaintiff in the above entitled and numbered cause, And moves this Court to grant Motion for out of Time Appeal for the REASONS as Follows:

### I.

Petitioners Tort claim was proper being brought under Civil Practice and remedies CODE for VENUE 15.093, TEXAS CODES Annotated 134.002 (2) Civil Prac. and Remedies CODE Theft Liability Act And for Jurisdiction, Also Civil Practice and Remedies CODE 134.003 And TEXAS CODES Annotated subchapter B Tort Liability of Gouvermental units 101.021 And Gouvernment 4B 501.007 Inmate Claims for lost or Damaged property, Petitioner believes the court abused its discretion by Dissmissing the Tort claim on Fraudulent Grounds Stating that Petitioner brought suit under Family CODE when in fact he did not.

### II.

The court failed to articulate the merits of the Tort Claim it was not brought under Family CODE, The Tort Claim was infact brought under Civil Practice and Remedies CODE. 15.093 And under Chapter 134 Texas theft Liability Act 134.002 (2) Civil Practice and Remedies CODE

III.

Petitioner's Tort Claim was mishandled and lost, Petitioner wrote several letters to County Clerk District Clerk Janice Staples Requesting disposition of claim and infact sent a extra copy of claim to be file stamped and returned for petitioner Record And did infact Request this, Respectfully At no time did petitioner hear from the court until MAY 26, 2015 In which the letter states that there is no Record of petitioners claim Causing Petitioner to believe it had been lost. As well 15 pieces of documented proof of Petitioner's Tort Claim, Petitioner filed complaint with post master general and senator John whitmire. All that is stated can be shown Petitioner has record of all of this and After Months of no word from the Court the clerk sends an order of Dissmissal and a letter a month old upon Recipt and 4 months old on the Dismissal. Litigants Can not be denied access to courts simply because they are inmates. Petitioners Claim was mishandled by the court Clerk. The court Clerk also under Inmate litigation 14.009 Submission of Evidence (e) The court shall require that the inmate be provided with a copy of each written statement or document not later then 14 days before date on which the hearing is to begin. Petitioner also had no notice of hearing what so ever. TEXAS Department of Criminal Justice mail Rooms document all in coming and out going legal mail and they infact have Logged Dates of District Court clerk Janice Staples correspondence

## III. cont.

with me and all that is being stated can be verified through Texas Department of Criminal Justice Mail Room as well I have in my possession letters recieved from the court as well as letters I have sent to Anderson County court in Carbon copy. Petitioner respectfully request the above motion for Out of Time Appeal be granted based on these facts.

## IV.

Petitioner was never given notice as to hearing date or any notice from court whatso ever until months after thus violating Due Process Rights Access to courts.

## V

Petitioner was never given the chance to remedy the Declaration of inability to pay 6 month Trust fund print out. As is in Biffle v. Morton 785 sw 2d at 144, Petitioner satisfied his duty to file except a 6 month Trust Fund print out which could have easily been remedied he should not be penalyzed for an error once the instrument was in the custody of and control of the clerk.

## VI

Tort claims merits were not taken into account and the Court Abused its discretion by the unfair dismissal on grounds that were infact false and improper, Furthermore the charging Court Cost to Petitioner was also premature as Court Clerks lack of corresspondence and mishandling of Claim has further damaged Petitioner and placed more emotional stress upon an already Sensitive matter. The opportunity to remedy the Declaration of Inability to pay and 6 month Inmate Trust fund print out could have been eaisily remedied.

## AFFIDAVIT

I DAVID ERIC BROWNE TDCJ-ID#1948879 am the Petitioner in the Above motion for Out of Time Appeal and do swear that all stated therein to be true and fact. My original Tort Claim and 15 pieces of Documented Evidence was infact mailed from Wayne Scott Unit on FEB, 19th 2015 And I did not recieve word from the court until May in which the letter stated The Court had no record of my Tort claim After months I then recieved An Order of Dismissal on grounds that are not TRUE, And I was never given a chance to remedy the Inability to pay 6 month print out. All the above is TRUE and FACT contained in the Petition/motion.

#1948879

Petitioner/Affiant

## Conclusion

Further More the Petitioner Prays and Respectfully request that all court cost and filing fees and processing under Indigent status 28 USC 1915 Be placed in effect.

Petitioner also Respectfully Request that any further withdrawl from Petitioners Trust fund Account be placed on hold until final Judgement of Tort Claim and it's merits, Petitioner was never given an opportunity to remedy the Declaration of Inability to pay 6month print out, Under Inmate litigation Chapter 14 Dismissal of suit is improper if the inmates failure to comply with statutory requirement can be remedied Thomas V. Skinner 54 sw 3d 845 Summers V STATE Dept. Criminal Justice 256 sw3d 752, Petitioner states no notice was ever given to him by court violation of Rule 503.3 settings and Notice; Post Poning Trial (a) settings and notice, After the defendant answers the case will be set on a trial docket at the discretion of the judge. The court must send a notice of the date time and place of this setting to all parties no less than 45 days before the setting date unless the judge determines that an earlier setting is required in the Intrest of Justice, Reasonable notice of all subsequent settings must be sent to all parties at the address of Record. This was never done and left Petitioner in the Dark violating Access to Courts Due process rights. Petitioner would Respectfully request the Honorable Judge of said court to rule in default granting Petitioner the Tort Claim and re-emberse all monies withdrawn from Inmate Trust Account and in any further court cost to stop And placed on defendants,

## PRAYER

Wherefore, Premises Considered, Petitioner prays that the motion for out of time Appeal be granted, And that an Order be issued to have the court produce the Original Copy of the Tort claim petitioner filed and the 15 pieces of documented evidence.

## Certificate of Service

I, DAVID ERIC BROWNE TDCJ-ID #1948899 Petitioner pro-se, do here by certify that a true and correct copy of the above and fore going Motion for out of time Appeal have been forwarded by United States Mail, Postage prepaid, first Class, to Janice Staples District Clerk 500 N. CHURCH St. Rm 18 Palestine TEXAS 75801. On this the 10th day of August, 2015

DAVID ERIC BROWNE
TDCJ-ID# 1948899
Petitioner, Pro-Se
WAYNE Scott unit
6999 Retrieve Rd
Angleton TEXAS
77515

Cause No. 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

DAVID BROWNE
#1948899
    VS
R. Goings, C.O. Warrington
M. Thorn, C.O. Parker

IN THE District Court of
Anderson County, TEXAS
369th Judicial District

## ORDER

On this the _____ day of _____, 20___, Came on to be heard Petitioner Motion for Out of time Appeal, And after due consideration of the same it is hereby ORDERED that the petitioners Motion for Out of time Appeal is ( Granted / DENIED ); and that a hearing in the above Cause be set for Re-Hearing on the _____ day of _____ 20,_____; For the Tort Claim. And it is further ordered That the Original Tort Claim and Documented Evidence be produced for the court as well an explanation as to what happen to the original and documented Evidence.

It is, THEREfore, ORDERED the production of the Original Tort claim and Evidence submitted be produced for Re-Hearing on the _____ day of _____,20_____.

_____
Judge Presiding

## UNSWORN DECLARATION

I, DAVID ERIC BROWNE TDCJ-ID # 1948899, being presently incarcerated in the Wayne Scott Unit of the Texas Dept. of Criminal Justice in Brazoria County, TX, Declare under penalty of perjury that I am the Petitioner in the above and forgoing pleadings, I have read said petition/motion and the factual allegations of the same are true and correct.

EXECUTED on this the 18th day of August 2015.

DAVID ERIC BROWNE #1948899, Petitioner Pro-se
Wayne Scott Unit
6999 Retrieve Rd.
Angleton Texas 77515